```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIVID HOLDINGS, INC. d/b/a/ FREESPIRIT,

                Plaintiff,

-against-

BENARTEX, LLC,

                Defendant.

23-CV-10989 (MMG)

**FINAL JUDGMENT**

MARGARET M. GARNETT, United States District Judge:

    Pursuant to Defendant Benartex, LLC's Notice of Plaintiff Vivid Holding Inc.'s Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 (ECF 8) in this case, judgment, according to the terms of Defendant Benartex, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 (ECF 7), is hereby entered in favor of Plaintiff Vivid Holdings, Inc. d/b/a/ Freespirit and against Defendant Benartex, LLC in the amount of $50,000, inclusive of costs and attorney fees.

    This is a final order. The Clerk of the Court is respectfully requested to terminate this case and all pending dates and deadlines.

Dated: February 26, 2024
       New York, New York

                              SO ORDERED.

                              MARGARET M. GARNETT
                              United States District Judge